B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

In re Reginald M. Hudson, Case No. 15-16458-AIH

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Silver Hill Solutions LLC
Name of Transferee

North Fund 1 LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
Land Home Financial Services, LLC
3611 South Harbor Blvd, Suite 100
Santa Ana, CA 92704
Phone: 877-557-9042
Last Four Digits of Acct #: 0833

Court Claim # (if known): 19
Amount of Claim: $138,596.32
Date Claim Filed: 03/22/2016

Phone: 800-603-0836
Last Four Digits of Acct. #: 0833

Name and Address where transferee payments should be sent (if different from above):
Land Home Financial Services, LLC
P.O. Box 25164
Santa Ana, CA 92799-5164
Phone: 877-557-9042
Last Four Digits of Acct #: 0833

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ricky Strain
Transferee/Transferee's Agent

Date: 02/27/2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.