IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NUMBER: 15-16458 |
| Reginald Hudson | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| DEBTOR | ) | **NOTICE OF CONVERSION** |
| | ) | **CHAPTER 13 TO 7** |

Now comes Debtor Reginald Hudson, by and through his attorney, Anna Marie Wall, to provide this court with notice of his intention to convert this case from a Chapter 13 to 7. Debtor requests this conversion because he cannot afford the chapter 13 plan payments. Debtor acknowledges that a new petition and any other document(s) required by law, rules of this court, must be filed within 14 days of the entry of order converting his case.

Respectfully submitted,

/s/ Anna Marie Wall
Anna Marie Wall (0095884)
Attorney for Debtor
Rauser & Associates
614 W. Superior Avenue, Suite 950
Cleveland, Ohio 44113
(216)263-6200

/s/ Reginald Hudson
Debtor, Reginald Hudson

# CERTIFICATE OF SERVICE

I certify that on March 29, 2019, a true and correct copy of the notice of conversion was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List.

**Debtor's Attorney:**
Anna Marie Wall, on behalf of Debtor at awall@ohiolegalclinic.com

**Chapter 13 Trustee**
Lauren Helbling, on behalf of the Chapter 13 Trustee at chp13trustee@ch13cleve.com

And by regular U.S. mail, postage prepaid on:

**Debtor:**
Reginald Hudson, 18112 McCracken Road, Maple Heights, OH 44137

**Creditors**:
Ace Cash Express
24800 Rockside Road
Bedford, OH 44146-1963

Advance America
4767 Northfield Road
Cleveland, OH 44128

Bedford Municipal Court
65 Columbus Rd.
Bedford, OH

Bedford Municipal Court
165 Center Road
Bedford, OH 44146

Buckeye Credit Sioutions
6785 Bobcat Way
Suite 200
Dublin, OH 43016

Buckeye Credit Solutions
6785 Bobcat Way
Suite 200
Dublin, OH 43016

City of Cleveland Division of Water
P.O. Box 94540
Cleveland, OH 44101-4540

Cleveland Center for Digestive Health
3700 Park East DR.
Suite 100
Beachwood, OH 44122

Cleveland Clinic
P.O. Box 89410
Cleveland, OH 44101-6410

Cleveland Clinic Laboratories
PO Box 74222
Cleveland, OH 44194

Cleveland Urology Associates Inc.
P.O. Box 643539

**Cincinnati, OH 45264-3539**
**Continental Finance Co.**
**4550 New Linden Hill Rd.**
**Wilmington, DE 19808**
**Credit Management**
**4200 International Parkway**
**Carrollton, TX 75007**
**Credit One Bank**
**P.O. Box 98872**
**Las Vegas, NV 89193-8872**
**Credit One of Ohio**
**1169 Dublin Rd.**
**Columbus, OH 43215-1005**
**Credit Union of Ohio**
**1169 Dublin Rd.**
**Columbus, OH 43215-1005**
**Cuyahoga County Fiscal Office**
**2079 East 9th Street**
**Cleveland, OH 44115**
**Cuyahoga County Fiscal Office**
**2079 East 9th Street**
**Cleveland, OH 44115**
**DNF Associates**
**2351 North Forrest Rd. Suite 110**
**Getzville, NY 14068**
**Dominion East Ohio**
**P.O. Box 26785**
**Richmond, VA 23261-6785**
**Drs. Brahms, Cohn & Leb, Inc.**
**P.O. Box 221200**
**Beachwood, OH 44122-0995**
**Everest Land Title Agency**
**323 West Lakeside Avenue**
**Suite 350**
**Cleveland, OH 44113**
**FCI Lender Services**
**P.O. Box 27370**
**Anaheim, CA 92809-0122**
**First Credit Inc.**
**PO Box 630838**
**Cincinnati, OH 45263**
**First Credit Inc.**
**PO Box 630838**
**Cincinnati, OH 45263**
**First Premier Bank**
**3820 N Louise Ave**
**Sioux Falls, SD 57107**
**First Premier Bank**
**3820 N Louise Ave**
**Sioux Falls, SD 57107**
**Gastroenterology Associates of Cleveland**
**PO Box 72514**
**Cleveland, OH 44192**
**Great Lakes**
**P.O. Box 530229**
**Atlanta, GA 30353-0229**
**Huntington Bank**
**P.O. Box 1558**
**Columbus, OH 43216**
**IRS**
**PO Box 21125**
**Philadelphia, PA 19114-0325**
**IRS**

**Insolvency Group 3**
**1240 E 9th St**
**Room 493**
**Cleveland, OH 44199**

**IRS**
**Centralized Insolvency Operations**
**PO Box 21126**
**Philadelphia, PA 19114**

**IRS**
**PO Box 21125**
**Philadelphia, PA 19114-0325**

**JP Recovery**
**P.O. Box 16749**
**Rocky River, OH 44116-0749**

**Kamco Financial**
**25480 Aurora Road**
**Bedford, OH 44146**

**Loan Max**
**4603 Northfield Rd.**
**North Randall, OH 44128**

**LVNV Funding LLC**
**55 Beattie Place #110**
**Greenville, SC 29601**

**Michael Kenny**
**Assistant Prosecuting Atty**
**310 W. Lakeside Ave., STE 300**
**Cleveland, OH 44113**

**Money Key**
**3422 Old Capital Trail**
**Suite 1681**
**Wilmington, DE 19808**

**National Credit Adjusters**
**327 West 4th Street**
**PO Box 3023**
**Hutchinson, KS 67504**

**NCP Finance Ohio LLC**
**205 Sugar Camp Circle Dept CNG**
**Dayton, OH 45409**

**NCP Finance Ohio LLC**
**205 Sugar Camp Circle Dept CNG**
**Dayton, OH 45409**

**NCP Finance Ohio LLC**
**205 Sugar Camp Circle Dept CNG**
**Dayton, OH 45409**

**NEORSD**
**P.O. Box 94550**
**Cleveland, OH 44101-4550**

**Ohio Neighborhood Finance DBA Cashland**
**17 Triangle Park Drive**
**Cincinnati, OH 43246**

**Prestige**
**351 West Opportunity Way**
**Draper, UT 84020**

**Progressive Leasing**
**10619 South Jordan Gateway**
**Suite 100**
**South Jordan, UT 84095**

**QC Financial Services**
**Quik Cash #1355**
**4681 Northfield Rd. Suite A**
**North Randall, OH 44128**

**Rajesh Agarwal MD, LLC**
**P.O. Box 635416**

Cincinnati, OH 45263-5416
Rent A Center
4886 Northfield Road
Cleveland, OH 44128-4524
RITA
P.O. Box 94951
Cleveland, OH 44101-4951
Rivers Bend Cash
P.O. Box 557
Hays, MT 59527
South Pointe Hospital
20000 Harvard Ave
Cleveland, OH 44124
State Cash Advance
23061 Emery Road
Cleveland, OH 44128
Sunrise Credit Services
P.O. Box 9100
Farmingdale, NY 11735-9100
Surge
P.O. Box 31292
Tampa, FL 33631
The Build Card
P.O. Box 660269
Dallas, TX 75266
The Illuminating Company
76 S. Main St.
Akron, OH 44308-1890
Transworld Systems
507 Prudential Road
Horsham, PA 19044
University Hospital
20800 Harvard Road
Beachwood, OH 44122-7202
Verve
P.O. Box 31292
Tampa, FL 33631-3292
Woods Cove III, LLC
File 1558 1801 West Olympic Blvd.
Pasadena, CA 91199
WOW! Internet-Cable-Phone
P.O. Box 4350
Carol Stream, IL 60197-4350
Ace Cash Express
24800 Rockside Road
Bedford, OH 44146-1963
Advance America
4767 Northfield Road
Cleveland, OH 44128
Bedford Municipal Court
65 Columbus Rd.
Bedford, OH
Bedford Municipal Court
165 Center Road
Bedford, OH 44146
Buckeye Credit Sioutions
6785 Bobcat Way
Suite 200
Dublin, OH 43016
Buckeye Credit Solutions
6785 Bobcat Way
Suite 200
Dublin, OH 43016

**City of Cleveland Division of Water**
**P.O. Box 94540**
**Cleveland, OH 44101-4540**

**Cleveland Clinic**
**9500 Euclid Ave**
**Cleveland, OH 44195**

**Cleveland Clinic**
**9500 Euclid Ave**
**Cleveland, OH 44195**

**Credit One of Ohio**
**1169 Dublin Rd.**
**Columbus, OH 43215-1005**

**Credit Union of Ohio**
**1169 Dublin Rd.**
**Columbus, OH 43215-1005**

**Cuyahoga County CSEA**
**1640 Superior Ave. E.**
**P.O. Box 93318**
**Cleveland, OH 44101-5318**

**Cuyahoga County Fiscal Office**
**2079 East 9th Street**
**Cleveland, OH 44115**

**Dominion East Ohio**
**P.O. Box 26785**
**Richmond, VA 23261-6785**

**Drs. Brahms, Cohn & Leb, Inc.**
**P.O. Box 221200**
**Beachwood, OH 44122-0995**

**Eagle Loans**
**6817 Pearl Road**
**Cleveland, OH 44130**

**Everest Land Title Agency**
**323 West Lakeside Avenue**
**Suite 350**
**Cleveland, OH 44113**

**Gastroenterology Associates of Cleveland**
**PO Box 72514**
**Cleveland, OH 44192**

**Great Lakes**
**P.O. Box 530229**
**Atlanta, GA 30353-0229**

**IRS**
**PO Box 21125**
**Philadelphia, PA 19114-0325**

**IRS**
**Insolvency Group 3**
**1240 E 9th St**
**Room 493**
**Cleveland, OH 44199**

**IRS**
**Centralized Insolvency Operations**
**PO Box 21126**
**Philadelphia, PA 19114**

**JP Recovery Services Inc.**
**2022 Center Ridge Road Suite 370**
**Rocky River, OH 44116**

**Kamco Financial**
**25480 Aurora Road**
**Bedford, OH 44146**

**Michael Kenny**
**Assistant Prosecuting Atty**
**310 W. Lakeside Ave., STE 300**
**Cleveland, OH 44113**

| |
|---|
| **Money Key**<br>**3422 Old Capital Trail**<br>**Suite 1681**<br>**Wilmington, DE 19808** |
| **NCP Finance Ohio LLC**<br>**205 Sugar Camp Circle Dept CNG**<br>**Dayton, OH 45409** |
| **NEORSD**<br>**P.O. Box 94550**<br>**Cleveland, OH 44101-4550** |
| **Ohio Neighborhood Finance DBA Cashland**<br>**17 Triangle Park Drive**<br>**Cincinnati, OH 43246** |
| **QC Financial Services**<br>**Quik Cash #1355**<br>**4681 Northfield Rd. Suite A**<br>**North Randall, OH 44128** |
| **Rajesh Agarwal MD, LLC**<br>**P.O. Box 635416**<br>**Cincinnati, OH 45263-5416** |
| |
| **Rent A Center**<br>**4886 Northfield Road**<br>**Cleveland, OH 44128-4524** |
| **RITA**<br>**P.O. Box 94951**<br>**Cleveland, OH 44101-4951** |
| **Select Portfolio Servicing**<br>**P.O. Box 65250**<br>**Salt Lake City, UT 84165-0250** |
| **South Pointe Hospital**<br>**20000 Harvard Ave**<br>**Cleveland, OH 44124** |
| **State Cash Advance**<br>**23061 Emery Road**<br>**Cleveland, OH 44128** |
| **The Illuminating Company**<br>**76 S. Main St.**<br>**Akron, OH 44308-1890** |
| **University Hospital**<br>**20800 Harvard Road**<br>**Beachwood, OH 44122-7202** |
| **Woods Cove III, LLC**<br>**File 1558 1801 West Olympic Blvd.**<br>**Pasadena, CA 91199** |

Respectfully Submitted,

/s/ Anna Marie Wall
Anna Marie Wall (0095884)
Rauser & Associates
614 West Superior Avenue, Suite 950
Cleveland, Ohio 44113
Telephone: (216) 263-6200
Facsimile: (216) 263-6202
Attorney for Debtor