# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: REGINALD M HUDSON

Case No.: 15-16458-aih

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lauren A. Helbling, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/11/2015.
2) The plan was confirmed on 02/12/2016.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 03/29/2019.
6) Number of months from filing or conversion to last payment: 41.
7) Number of months case was pending: 41.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 35,400.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $67,208.90 | |
| Less amount refunded to debtor: | $4,098.52 | |
| **NET RECEIPTS:** | | $63,110.38 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,900.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $3,449.80 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $6,349.80 |
| Attorney fees paid and disclosed by debtor: | $100.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 13/7 LLC | Unsecured | 6,003.87 | 4,644.84 | .00 | .00 | .00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 930.19 | 930.19 | 930.19 | 406.24 | .00 |
| BEDFORD MUNICIPAL COURT | Unsecured | NA | NA | NA | .00 | .00 |
| BEDFORD MUNICIPAL COURT | Unsecured | NA | NA | NA | .00 | .00 |
| BUCKEYE CREDIT SOLUTIONS LLC | Unsecured | 1,892.60 | NA | NA | .00 | .00 |
| BUCKEYE CREDIT SOLUTIONS LLC | Unsecured | 200.00 | NA | NA | .00 | .00 |
| CHRIS E MANOLIS ESQ | Unsecured | NA | .00 | .00 | .00 | .00 |
| CLEVELAND CLINIC FOUNDATION | Unsecured | 54.39 | NA | NA | .00 | .00 |
| CLEVELAND CLINIC FOUNDATION | Unsecured | 653.18 | NA | NA | .00 | .00 |
| CREDIT UNION OF OHIO | Unsecured | 1,400.00 | NA | NA | .00 | .00 |
| CREDIT UNION OF OHIO | Unsecured | 1,500.00 | NA | NA | .00 | .00 |
| CUYAHOGA COUNTY CSEA | Priority | NA | NA | NA | .00 | .00 |
| CUYAHOGA COUNTY TREASURER | Secured | 13,198.25 | 15,215.45 | 15,215.45 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: REGINALD M HUDSON                                                                  Case No.: 15-16458-aih

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CUYAHOGA COUNTY TREASURER | Secured | 2,000.00 | 16,666.39 | 16,666.39 | .00 | .00 |
| DEPARTMENT OF THE TREASURY IRS | Priority | 2,000.00 | 2,834.04 | 2,834.04 | 2,834.04 | .00 |
| DEPARTMENT OF THE TREASURY IRS | Unsecured | NA | 646.04 | 646.04 | 282.15 | .00 |
| DEPARTMENT OF THE TREASURY IRS | Unsecured | NA | .00 | .00 | .00 | .00 |
| DOMINION EAST OHIO GAS | Unsecured | 217.04 | 2,610.86 | 133.57 | 128.12 | .00 |
| DPU DIVISION OF WATER | Unsecured | 294.41 | 341.80 | 341.80 | 149.27 | .00 |
| DPU DIVISION OF WATER | Unsecured | 282.06 | 339.64 | 339.64 | 148.34 | .00 |
| DRS BRAHMS COHN & LEB INC | Unsecured | 1,848.24 | NA | NA | .00 | .00 |
| EAGLE LOAN COMPANY OF OHIO INC | Secured | 2,000.00 | 1,889.78 | 1,889.78 | 1,889.78 | 98.87 |
| EVEREST LAND TITLE AGENCY | Unsecured | 425.00 | NA | NA | .00 | .00 |
| GASTROENTEROLOGY ASSOCIATES | Unsecured | 10.20 | NA | NA | .00 | .00 |
| I R S | Unsecured | NA | NA | NA | .00 | .00 |
| ILLUMINATING CO | Unsecured | 241.84 | 192.95 | 192.95 | 78.86 | .00 |
| JP RECOVERY SVS INC | Unsecured | NA | NA | NA | .00 | .00 |
| KAMCO FINANCIAL CORP | Unsecured | 512.79 | NA | NA | .00 | .00 |
| LEANN E COVEY ESQ | Unsecured | NA | .00 | .00 | .00 | .00 |
| MCSO OF OHIO INC | Unsecured | 1,196.62 | 3,553.34 | 3,553.34 | 1,551.86 | .00 |
| MICHAEL A KENNY | Unsecured | NA | NA | NA | .00 | .00 |
| NCP FINANCE OHIO LLC | Unsecured | 3,288.22 | NA | NA | .00 | .00 |
| OHIO NEIGHBORHOOD FINANCE INC | Unsecured | 2,013.71 | NA | NA | .00 | .00 |
| QC FINANCIAL SERVICE INC | Unsecured | 590.12 | 590.12 | 590.12 | 257.72 | .00 |
| QC FINANCIAL SVCS INC DBA QUIK CAS | Unsecured | NA | .00 | .00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 675.00 | 1,266.62 | 1,266.62 | 553.18 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 135.33 | 88.04 | 88.04 | 32.47 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 75.00 | 75.00 | 30.66 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 422.79 | 422.79 | 184.65 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 145.36 | 145.36 | 63.48 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 226.76 | 226.76 | 99.03 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 292.59 | 292.59 | 127.78 | .00 |
| RAJESH AGARWAL MD | Unsecured | 231.51 | NA | NA | .00 | .00 |
| RAJESH AGARWAL MD | Unsecured | 157.53 | NA | NA | .00 | .00 |
| REGIONAL INCOME TAX AGENCY | Priority | 324.43 | NA | NA | .00 | .00 |
| RENT A CENTER | Secured | 5,000.00 | NA | NA | .00 | .00 |
| RESOLUTION FUND LLC | Secured | 131,010.53 | 9,999,999.99 | 41,435.78 | 41,435.78 | .00 |
| RESOLUTION FUND LLC | Secured | 4,797.65 | 4,797.65 | 4,797.65 | 3,900.00 | .00 |
| RESOLUTION FUND LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| STATE CASH ADVANCE | Unsecured | 635.49 | NA | NA | .00 | .00 |
| UNITED STATES DEPT OF EDUCATION | Unsecured | NA | .00 | .00 | .00 | .00 |
| UNIVERSITY HOSPITAL | Unsecured | 48.50 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 5,549.00 | 5,743.32 | 5,743.32 | 2,508.30 | .00 |

Page 2 of 3                                                                                                                                              UST Form 101-13-FR-S (9/1/2009)

15-16458-aih    Doc 83    FILED 05/14/19    ENTERED 05/14/19 13:44:20    Page 2 of 3

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: REGINALD M HUDSON  Case No.: 15-16458-aih

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WOODS COVE III LLC | Secured | 2,200.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 41,435.78 | 41,435.78 | .00 |
| Mortgage Arrearage: | 4,797.65 | 3,900.00 | .00 |
| Debt Secured by Vehicle: | 1,889.78 | 1,889.78 | 98.87 |
| All Other Secured: | 31,881.84 | .00 | .00 |
| **TOTAL SECURED:** | 80,005.05 | 47,225.56 | 98.87 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 2,834.04 | 2,834.04 | .00 |
| **TOTAL PRIORITY:** | 2,834.04 | 2,834.04 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 14,988.13 | 6,602.11 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $6,349.80 | |
| Disbursements to Creditors: | $56,760.58 | |
| **TOTAL DISBURSEMENTS:** | | $63,110.38 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 04/30/2019   By: /s/Lauren A. Helbling
                      Standing Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.